# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **TRACEY D. LEWIS,** | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 15-0152-CG-B |
| **LIFESOUTH COMMUNITY BLOOD CENTER, INC.,** | ) |
| Defendant. | ) |

## ORDER

The parties having filed a Joint Stipulation of Dismissal (Docs. 31,32), all claims in this action are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear her or its own respective costs.

**DONE and ORDERED** this 5th day of January, 2016.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE